1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMANDA ANNE HARRIS,                        No. 2:24-cv-0253-DC-JDP (PS)

12            Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14   DEPARTMENT OF SOCIAL SERVICES
     OF LINCOLN COUNTY, et al.,                 (Doc. No. 6)
15
              Defendants.
16

17

18          This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19   636(b)(1)(B) and Local Rule 302. On November 26, 2025, the magistrate judge filed findings and

20   recommendations, which were served on Plaintiff Amanda Anne Harris and contained notice that

21   any objections to the findings and recommendations were to be filed within fourteen (14) days.

22   (Doc. No. 6.) Plaintiff has not filed objections to the findings and recommendations, and the time

23   to do so has passed.

24          In accordance with 28 U.S.C. § 636(b)(1)(C), this court reviewed the file and finds the

25   findings and recommendations are supported by the record and by proper analysis. The court

26   therefore concludes that it is appropriate to adopt the findings and recommendations in full.

27          Accordingly, IT IS HEREBY ORDERED that:

28          1.     The findings and recommendations filed November 26, 2025 (Doc. No. 6) are

                                                   1

ADOPTED in full;

2.    This action is DISMISSED without prejudice for failure to prosecute and for failure to comply with court orders; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **December 28, 2025**                                    _____

Dena Coggins
United States District Judge

2